GARRETT AMMERMAN et al., as Overseers, etc., Appellants, *v.*
ERON J. PECK.

SAME APPELLANTS *v.* ABIJAH W. MOORE et al.

(Argued October 5, 1880 ; decided October 12, 1880.)

*Nathaniel C. Moak* for appellants.

*C. A. Hammond* respondent in person.

Agree to affirm without opinion.
All concur.
Orders affirmed.

---

RALPH B. GOWDY, Respondent, *v.* GEORGE W. KIDD et al.,
Appellants.

JOHN BURNS et al., Respondents, *v.* THE SAME, Appellants.

JOSEPH BALL et al., Respondents, *v.* THE SAME, Appellants.

LOUIS BOSSERT, Respondent, *v.* THE SAME, Appellants.

(Submitted October 4, 1880 ; decided October 15, 1880.)

DECIDED on authority of *Fox* v. *Kidd* (77 N. Y. 489).

*William Morris* for respondents.

*Thomas J. Tilney* for appellants.

*Per Curiam* opinion for reversal and new trial.
All concur.
Judgment reversed.